NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000427
22-SEP-2015
08:29 AM**

CAAP-14-0000427

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
EUGENE PARIS, JR., also known as
EUGENE J.E. RIVERA, JR., Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-0191)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on July 31, 2015, is hereby corrected as follows:

On page 6, in the fourth line of Section II., the word "second-decree" should be replaced with "second-degree" so that as corrected the text reads: ". . . affirmed the second-degree escape conviction . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 22, 2015.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.